ORLEANS PARISH SCHOOL BOARD ET AL.
*v.* BUSH ET AL.

No. 589.  Decided March 20, 1961.*

*Samuel I. Rosenberg, Peter H. Beer* and *Robert G. Polack* for Orleans Parish School Board et al. in No. 589; *Jack P. F. Gremillion,* Attorney General of Louisiana, *M. E. Culligan, Weldon A. Cousins, L. K. Clement, John M. Currier, George S. Hesni, Robert S. Link, Jr., Dorothy N. Wolbrette, John E. Jackson, Jr., Wm. P. Schuler* and *Henry J. Roberts, Jr.,* Assistant Attorneys General, and *George Ponder* for Orleans Parish School Board et al. in No. 613; and *W. Scott Wilkinson* and *Thompson L. Clarke* for the Legislature of Louisiana et al. in No. 706, appellants.

*A. P. Tureaud* and *Thurgood Marshall* for appellees.

PER CURIAM.

The motions to affirm are granted and the judgments are affirmed.

---

*Together with No. 613, *Orleans Parish School Board et al.* v. *Bush et al.,* and No. 706, *Legislature of Louisiana et al.* v. *Bush et al.,* also on appeals from the same Court.